```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )           4:09CR3006
                               )
      v.                       )
                               )
MATTHEW RUEB,                  )              ORDER
                               )
            Defendant.         )
                               )
```

The court has been advised that the government intends to appeal the order of this date amending conditions of release.

Therefore, on the court's own motion,

IT IS ORDERED:

The order amending conditions of release, filing no. 19, is hereby stayed pending outcome of the appeal.

DATED this 20th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge