IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                         Plaintiff,            )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>MATTHEW RUEB,                              )<br>                                                              )<br>                         Defendant.        ) | Case No.  4:09CR3006 |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 45.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Unopposed Motion to Continue restricted.

IT IS FURTHER ORDERED that said Motion be made available to case participants only.

Dated August 11, 2009.


                                        BY THE COURT:

                                        *Richard G. Kopf*
                                        United States District Judge