IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CR3006 |
| ) | |
| MATTHEW RUEB, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Plea Hearing, filing 53. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant's plea hearing shall be continued until the 2nd day of December, 2009, at 8:30 a.m. The defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing defendant's plea hearing; and that continuing the plea date in this case outweighs the best interest of the defendant and the public in a speedy trial. Accordingly, the time from today's date until the date next set shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated October 28, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge