IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CR3006 |
| ) | |
| MATTHEW RUEB, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue the Deadline for Filing a Variance Motion and Supporting Brief, filing 70, from March 8, 2010, until March 12, 2010. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any variance motion and supporting brief in the above captioned matter no later than Friday, March 12, 2010.

Dated March 8, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge