IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3006 |
| | ) | |
| V. | ) | |
| | ) | |
| MATTHEW RUEB, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the plaintiff's motion to dismiss Count I of the Indictment (filing 82) is granted.

    DATED this 6th day of April, 2010.

                                     BY THE COURT:

                                     *Richard G. Kopf*
                                     United States District Judge