UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>                        Plaintiff,   )<br>                                                        )<br>            vs.                                      )<br>                                                        )<br>                                                        )<br>MATTHEW RUEB,                         )<br>                                                        )<br>                        Defendant.  ) | 4:09CR3006<br><br>**FINAL ORDER OF<br>FORFEITURE** |

NOW ON THIS 8th day of April, 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On January 8, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252(a)(4)(B) and 2253, based upon the Defendant's plea of guilty to Counts II and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Gateway Desktop Computer, Model GT5422E, Serial Number XC X7121004325, and an Apple Ipod Nano, 4 GB Serial Number 7L821TOXYOP, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on January 12, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on March 26, 2010 (Filing No.79 ).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the Gateway Desktop Computer, Model GT5422E, Serial Number XC X7121004325, and an Apple Ipod Nano, 4 GB Serial Number 7L821TOXYOP, held by any person or entity, is hereby forever barred and foreclosed.

C. The Gateway Desktop Computer, Model GT5422E, Serial Number XC X7121004325, and an Apple Ipod Nano, 4 GB Serial Number 7L821TOXYOP, be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 8th day of April, 2010

BY THE COURT:

*Richard G. Kopf*
United States District Judge