IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )          4:09CR3006
                                   )
            Plaintiff,             )
                                   )
     vs.                           )
                                   )          ORDER
MATTHEW RUEB,                      )
                                   )
            Defendant.             )

IT IS ORDERED that:

(1)     The United States Marshal shall release the defendant to the Federal Public Defender or one of its staff members for transport to Bristol Station in Hastings, Nebraska, on March 26, 2015, the pickup time and location to be arranged between defendant's attorney and the United States Marshals Service.

(2)     The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing with the additional condition set forth within the order dated March 20, 2015 (filing 99).

Dated March 25, 2015.

                              BY THE COURT:

                              *Richard G. Kopf*
                              Senior United States District Judge