IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3006 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW RUEB, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Although dated December 30, 2016, the report from the Federal Bureau of Prisons was postmarked January 24, 2017, and not received in this office until January 31, 2017. With that in mind,

IT IS ORDERED that:

(1) The Clerk shall file the attached mental health evaluation as a restricted document.

(2) Counsel shall contact my judicial assistant to schedule a hearing regarding Mr. Rueb.

(3) My chambers shall provide the Probation Officer with a copy of the mental health evaluation.

DATED this 2nd day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge