IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3006 |
| v. | ) | |
| MATTHEW RUEB, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The unopposed motion to review detention (filing no. 152) is granted.

(2)   The United States Marshal's Service shall release the defendant to a representative of the Federal Public Defender's office so that he may begin inpatient treatment at The Bridge in Lincoln, Nebraska, on March 13, 2017. The defendant shall be at the facility no later than 10:00 a.m. on that date.

(3)   The defendant is directed to follow all of the conditions of supervised release and all of the rules and regulations of The Bridge, and to not leave that facility without the express permission of a probation officer except to attend court or to attend to a medical emergency.

(4)   The Clerk of Court shall provide a copy of this order to the United States Marshal's Service.

DATED this 8th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge